**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

FILED
Feb 9 2018
U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| FMS Investment Corp., ) | |
| ) | |
| Plaintiff, ) | Case No. XX-XXX |
| ) | |
| v. ) | Judge:_____ |
| ) | |
| THE UNITED STATES, ) | 18-204 C |
| ) | |
| Defendant. ) | |

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel of record for FMS Investment Corp. ("FMS") states that FMS is a wholly-owned subsidiary of Ceannate Corporation.

Respectfully submitted,

s/ David R. Johnson
David R. Johnson
VINSON & ELKINS LLP
2200 Pennsylvania Ave. NW
Suite 500 W
Washington, DC 20037
Tel: (202) 639-6500
Fax: (202) 879-8980
Email: drjohnson@velaw.com

Dated: February 9, 2018

*Attorney of Record for FMS Investment Corp.*