# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C
(consolidated)

(Filed: February 13, 2018)

```
*****************************************
                                        *
FMS INVESTMENT CORP., et al.,           *
                                        *
              Plaintiffs,               *
                                        *
v.                                      *
                                        *
THE UNITED STATES,                      *
                                        *
              Defendant.                *
                                        *
*****************************************
```

CONSOLIDATION ORDER

    On February 13, 2018, the Court held a scheduling conference in the above-captioned bid protests, in which the parties agreed to consolidate the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C.  The Court finds that the factual and legal commonalities in these cases justify their consolidation under RCFC 42.  All future filings shall be made in the lead case of FMS Investment Corp. v. United States, No. 18-204C.

    IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
