# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C
(consolidated)

(Filed: February 14, 2018)

```
***************************************  *
                                         *
FMS INVESTMENT CORP., et al.,            *
                                         *
                 Plaintiffs,             *
                                         *
v.                                       *
                                         *
THE UNITED STATES,                       *
                                         *
                 Defendant,              *
                                         *
and                                      *
                                         *
PERFORMANT RECOVERY, INC., et al.,       *
                                         *
                 Defendant-Intervenors.  *
                                         *
                                         *
***************************************  *
```

## AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C.

On February 13, 2018, Pioneer Credit Recovery, Inc. filed a Complaint in a related case, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C. The newly filed Pioneer case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, <u>Pioneer Credit Recovery, Inc. v. United States</u>, No. 18-216C is hereby consolidated under the lead case, <u>FMS Investment Corp. v. United States</u>, No. 18-204C.

IT IS SO ORDERED.

<u>s/ Thomas C. Wheeler</u>
THOMAS C. WHEELER
Judge
