# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C
(consolidated)

(Filed: February 14, 2018)

```
*****************************************  *
                                            *
FMS INVESTMENT CORP., et al.,               *
                                            *
                    Plaintiffs,             *
                                            *
v.                                          *
                                            *
THE UNITED STATES,                          *
                                            *
                    Defendant,              *
                                            *
and                                         *
                                            *
PERFORMANT RECOVERY, INC., et al.,          *
                                            *
                    Defendant-Intervenors.  *
                                            *
                                            *
*****************************************  *
```

## SECOND AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C. On February 14, 2018, the Court entered an order consolidating the related case, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C, with the FMS Investment Corp. case.

On February 13, 2018, Progressive Financial Services, Inc. filed a Complaint in a related case, Progressive Financial Services, Inc. v. United States, No. 18-220C. The

newly filed Progressive case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Progressive Financial Services, Inc. v. United States, No. 18-220C is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 18-204C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge