# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C, 18-229C
(consolidated)

(Filed: February 14, 2018)

```
*************************************  *
                                       *
FMS INVESTMENT CORP., et al.,          *
                                       *
                   Plaintiffs,         *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                   Defendant,          *
                                       *
and                                    *
                                       *
PERFORMANT RECOVERY, INC., et al.,     *
                                       *
                   Defendant-Intervenors. *
                                       *
                                       *
*************************************  *
```

## THIRD AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C. On February 14, 2018, the Court entered an order consolidating the related case, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C, with the FMS Investment Corp. case. On February 14, 2018, the Court also entered an order consolidating the related case, Progressive Financial Services, Inc. v. United States, No. 18-220C with the FMS Investment Corp. case.

On February 14, 2018, Coast Professional, Inc. filed a Complaint in a related case, Coast Professional, Inc. v. United States, No. 18-229C.  The newly filed Coast case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Coast Professional, Inc. v. United States, No. 18-229C is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 18-204C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge