# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C, 18-229C, 18-238C
(consolidated)

(Filed: February 16, 2018)

```
*****************************************  *
                                            *
FMS INVESTMENT CORP., et al.,               *
                                            *
                       Plaintiffs,          *
                                            *
v.                                          *
                                            *
THE UNITED STATES,                          *
                                            *
                       Defendant,           *
                                            *
and                                         *
                                            *
PERFORMANT RECOVERY, INC., et al.,          *
                                            *
                       Defendant-Intervenors.*
                                            *
                                            *
*****************************************  *
```

## FOURTH AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C. On February 14, 2018, the Court entered orders consolidating the related cases, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C, Progressive Financial Services, Inc. v. United States, No. 18-220C, and Coast Professional, Inc. v. United States, No. 18-229C with the FMS Investment Corp. case.

On February 15, 2018, Central Credit Services, LLC filed a Complaint in a related case, <u>Central Credit Services, LLC v. United States</u>, No. 18-238C.  The newly filed <u>Central Credit</u> case has factual and legal commonalities to the <u>FMS Investment Corp.</u> case and concerns the same solicitation.

Accordingly, <u>Central Credit Services, LLC v. United States</u>, No. 18-238C is hereby consolidated under the lead case, <u>FMS Investment Corp. v. United States</u>, No. 18-204C.

IT IS SO ORDERED.

<u>s/ Thomas C. Wheeler</u>
THOMAS C. WHEELER
Judge