# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C,
18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C
(consolidated)

(Filed: February 16, 2018)

```
*************************************  *
                                       *
FMS INVESTMENT CORP., et al.,          *
                                       *
                    Plaintiffs,        *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                    Defendant,         *
                                       *
and                                    *
                                       *
PERFORMANT RECOVERY, INC., et al.,     *
                                       *
                    Defendant-Intervenors. *
                                       *
                                       *
*************************************  *
```

EIGHTH AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C. On February 14, 2018, the Court entered orders consolidating the related cases, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C, Progressive Financial Services, Inc. v. United States, No. 18-220C, and Coast Professional, Inc. v. United States, No. 18-229C with the FMS Investment Corp. case.

On February 16, 2018, the Court entered orders consolidating the related cases, Central Credit Services, LLC v. United States, No. 18-238C, Delta Management Associates, Inc. v. United States, No. 18-239C, Gatestone & Co. International, Inc. v. United States, No. 18-245C, and Continental Service Group, Inc. v. United States, No. 18-246C with the FMS Investment Corp. case.

On February 16, 2018, Immediate Credit Recovery, Inc. filed a Complaint in a related case, Immediate Credit Recovery, Inc. v. United States, No. 18-248C. The newly filed Immediate Credit case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Immediate Credit Recovery, Inc. v. United States, No. 18-248C is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 18-204C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge