# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C, 18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C
(consolidated)

(Filed: February 20, 2018)

```
*************************************  *
                                       *
FMS INVESTMENT CORP., et al.,          *
                                       *
                 Plaintiffs,           *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                 Defendant,            *
                                       *
and                                    *
                                       *
PERFORMANT RECOVERY, INC., et al.,     *
                                       *
              Defendant-Intervenors.   *
                                       *
                                       *
*************************************  *
```

## NINTH AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C. On February 14, 2018, the Court entered orders consolidating the related cases, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C, Progressive Financial Services, Inc. v. United States, No. 18-220C, and Coast Professional, Inc. v. United States, No. 18-229C with the FMS Investment Corp. case.

On February 16, 2018, the Court entered orders consolidating the related cases, Central Credit Services, LLC v. United States, No. 18-238C, Delta Management Associates, Inc. v. United States, No. 18-239C, Gatestone & Co. International, Inc. v. United States, No. 18-245C, Continental Service Group, Inc. v. United States, No. 18-246C, and Immediate Credit Recovery, Inc. v. United States, No. 18-248C with the FMS Investment Corp. case.

On February 16, 2018, Allied Interstate LLC filed a Complaint in a related case, Allied Interstate LLC v. United States, No. 18-251C.  The newly filed Allied Interstate case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Allied Interstate LLC v. United States, No. 18-251C is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 18-204C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge