# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C, 18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C
(consolidated)

(Filed: February 20, 2018)

```
*************************************  *
                                       *
FMS INVESTMENT CORP., et al.,          *
                                       *
                       Plaintiffs,     *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                       Defendant,      *
                                       *
and                                    *
                                       *
PERFORMANT RECOVERY, INC., et al.,     *
                                       *
                 Defendant-Intervenors.*
                                       *
                                       *
*************************************  *
```

TENTH AMENDMENT TO CONSOLIDATION ORDER

  On February 13, 2018, the Court entered an order consolidating the related cases of <u>FMS Investment Corp. v. United States</u>, No. 18-204C, <u>Account Control Technology, Inc. v. United States</u>, No. 18-206C, <u>Transworld Systems, Inc. v. United States</u>, No. 18-207C, <u>GC Services Limited Partnership v. United States</u>, No. 18-208C, <u>Texas Guaranteed Student Loan Corp. v. United States</u>, No. 18-211C, and <u>The CBE Group, Inc. v. United States</u>, No. 18-214C.  On February 14, 2018, the Court entered orders consolidating the related cases, <u>Pioneer Credit Recovery, Inc. v. United States</u>, No. 18-216C, <u>Progressive Financial Services, Inc. v. United States</u>, No. 18-220C, and <u>Coast Professional, Inc. v. United States</u>, No. 18-229C with the <u>FMS Investment Corp.</u> case.

On February 16, 2018, the Court entered orders consolidating the related cases, Central Credit Services, LLC v. United States, No. 18-238C, Delta Management Associates, Inc. v. United States, No. 18-239C, Gatestone & Co. International, Inc. v. United States, No. 18-245C, Continental Service Group, Inc. v. United States, No. 18-246C, and Immediate Credit Recovery, Inc. v. United States, No. 18-248C with the FMS Investment Corp. case.  On February 20, 2018, the Court entered an order consolidating the related case, Allied Interstate LLC v. United States, No. 18-251C with the FMS Investment Corp. case.

On February 16, 2018, Automated Collection Services, Inc. filed a Complaint in a related case, Automated Collection Services, Inc. v. United States, No. 18-252C.  The newly filed Automated Collection case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Automated Collection Services, Inc. v. United States, No. 18-252C is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 18-204C.

IT IS SO ORDERED.

> s/ Thomas C. Wheeler
> THOMAS C. WHEELER
> Judge