# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C, 18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C, 18-275C
(consolidated)

(Filed: February 22, 2018)

```
*************************************  *
                                       *
FMS INVESTMENT CORP., et al.,          *
                                       *
                Plaintiffs,            *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                Defendant,             *
                                       *
and                                    *
                                       *
PERFORMANT RECOVERY, INC., et al.,     *
                                       *
                Defendant-Intervenors. *
                                       *
                                       *
*************************************  *
```

TWELFTH AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C.  On February 14, 2018, the Court entered orders consolidating the related cases, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C, Progressive Financial Services, Inc. v. United States, No. 18-220C, and Coast Professional, Inc. v. United States, No. 18-229C with the FMS Investment Corp. case.

On February 16, 2018, the Court entered orders consolidating the related cases, Central Credit Services, LLC v. United States, No. 18-238C, Delta Management Associates, Inc. v. United States, No. 18-239C, Gatestone & Co. International, Inc. v. United States, No. 18-245C, Continental Service Group, Inc. v. United States, No. 18-246C, and Immediate Credit Recovery, Inc. v. United States, No. 18-248C with the FMS Investment Corp. case.

On February 20, 2018, the Court entered orders consolidating the related cases, Allied Interstate LLC v. United States, No. 18-251C, Automated Collection Services, Inc. v. United States, No. 18-252C, and Collecto, Inc. d/b/a EOS CCA v. United States, No. 18-261C with the FMS Investment Corp. case.

On February 22, 2018, Williams & Fudge, Inc. filed a Complaint in a related case, Williams & Fudge, Inc. v. United States, No. 18-275C.  The newly filed Williams & Fudge case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Williams & Fudge, Inc. v. United States, No. 18-275C is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 18-204C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler  
THOMAS C. WHEELER  
Judge