## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case Nos. 1:18-cv-00204 *et al*. |
| THE UNITED STATES OF AMERICA, ) | Judge Thomas C. Wheeler |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PERFORMANT RECOVERY, INC., *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |

## **PERFORMANT RECOVERY, INC.'S AMENDED DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Defendant-Intervenor Performant Recovery, Inc. ("Performant Recovery") hereby respectfully submits this amended disclosure statement. The purpose of this filing is to correct an inaccuracy in Performant Recovery's initial disclosure statement.

On February 13, 2018, Performant Recovery filed a motion to intervene in the above-captioned consolidated bid protests. The disclosure statement accompanying that motion incorrectly indicated that Performant Recovery has no parent corporation. 1/  Performant Recovery does have a parent corporation. Performant Business Services, Inc. owns and controls Performant Recovery, and Performant Financial Corporation, in turn, owns and controls

---

1/     ECF No. 15-1.

Performant Business Services, Inc.  Performant Financial Corporation, a publicly-held company, is Performant Recovery's ultimate parent.

Performant Recovery's initial disclosure statement indicated that "no publicly-held corporation owns 10% or more of [Performant Recovery's] stock." 2/  No publicly-traded corporation directly owns 10% or more of Performant Recovery's stock.  Performant Financial Corporation, which is a publicly-held corporation, indirectly owns Performant Recovery through its ownership of Performant Business Services, Inc.

Performant Recovery regrets the error in its initial disclosure statement.

Dated:  March 1, 2018                                   Respectfully submitted,


*Of Counsel*:                                           /s/ Michael McGill
                                                        Michael McGill
Thomas L. McGovern III                                  HOGAN LOVELLS US LLP
Christine Reynolds                                      555 Thirteenth Street NW
Thomas A. Pettit                                        Washington, DC 20004
HOGAN LOVELLS US LLP                                    Telephone:  (202) 637-8862
                                                        Facsimile:  (202) 637-5910
                                                        michael.mcgill@hoganlovells.com

                                                        *Counsel of Record for Performant Recovery, Inc.*

---

2/        *Id.*