# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C,
18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C,
18-275C, 18-328C
(consolidated)

(Filed: March 5, 2018)

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, | |
| Plaintiffs, | |
| v. | |
| THE UNITED STATES, | |
| Defendant, | |
| and | |
| PERFORMANT RECOVERY, INC., *et al.*, | |
| Defendant-Intervenors. | |

## ORDER

On March 2, 2018, Defendant-Intervenor Performant Recovery, Inc. ("Performant") filed a motion to disqualify counsel for consolidated Plaintiff Continental Service Group, Inc. ("ConServe"), citing a concurrent conflict of interest. See Dkt. No. 110. ConServe is ordered to respond to Performant's motion by Friday, March 9, 2018.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge