# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C, 18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C, 18-275C, 18-328C
(consolidated)

(Filed: March 5, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

FMS INVESTMENT CORP., *et al.*,

                Plaintiffs,

v.

THE UNITED STATES,

                Defendant,

and

PERFORMANT RECOVERY, INC., *et al.*,

                Defendant-Intervenors.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*

## THIRTEENTH AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C. On February 14, 2018, the Court entered orders consolidating the related cases, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C, Progressive Financial Services, Inc. v. United States, No. 18-220C, and Coast Professional, Inc. v. United States, No. 18-229C with the FMS Investment Corp. case.

On February 16, 2018, the Court entered orders consolidating the related cases, Central Credit Services, LLC v. United States, No. 18-238C, Delta Management Associates, Inc. v. United States, No. 18-239C, Gatestone & Co. International, Inc. v. United States, No. 18-245C, Continental Service Group, Inc. v. United States, No. 18-246C, and Immediate Credit Recovery, Inc. v. United States, No. 18-248C with the FMS Investment Corp. case.

On February 20, 2018, the Court entered orders consolidating the related cases, Allied Interstate LLC v. United States, No. 18-251C, Automated Collection Services, Inc. v. United States, No. 18-252C, and Collecto, Inc. d/b/a EOS CCA v. United States, No. 18-261C with the FMS Investment Corp. case.

On February 22, 2018, the Court entered an order consolidating the related case, Williams & Fudge, Inc. v. United States, No. 18-275C with the FMS Investment Corp. case.

On March 5, 2018, Value Recovery Holding, LLC filed a Complaint in a related case, Value Recovery Holding, LLC v. United States, No. 18-328C. The newly filed Value Recovery case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Value Recovery Holding, LLC v. United States, No. 18-328C is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 18-204C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge