# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C,
18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C,
18-275C, 18-328C
(consolidated)

(Filed: March 12, 2018)

```
*************************************  *
                                       *
FMS INVESTMENT CORP., et al.,          *
                                       *
                Plaintiffs,            *
                                       *
v.                                     *
                                       *
THE UNITED STATES,                     *
                                       *
                Defendant,             *
                                       *
and                                    *
                                       *
PERFORMANT RECOVERY, INC., et al.,     *
                                       *
                Defendant-Intervenors. *
                                       *
                                       *
*************************************  *
```

## ORDER

On March 8, 2018, Plaintiffs Account Control Technology, Inc., FMS Investment Corp., GC Services Limited Partnership, and Continental Service Group, Inc. (collectively, "Plaintiffs") filed a motion to supplement the Administrative Record ("AR") in the above-captioned consolidated bid protest. See Dkt. No. 130. The AR in this case was not due until Friday, March 9, 2018.

Before the Government filed the AR on the docket, Plaintiffs apparently took issue with certain prospective omissions from the AR based off a preliminary email exchange with the Department of Justice earlier last week. Ironically, at the time of Plaintiffs' filing, neither the Court nor Plaintiffs could have been certain that such omissions even existed,

as the AR had not yet been filed and was not yet due.  As such, Plaintiffs' motion was at best premature, and at worst irresponsible.  Given the number of parties in this bid protest, the Court will not allow the docket to become a filing free-for-all.  Moving forward, the Court expects all parties in this case to file their motions in a timely and appropriate manner.

Accordingly, the Clerk is directed to strike Plaintiffs' motion (Dkt. No. 130) from the docket as premature.  Plaintiffs may refile—or if necessary, revise—their motion to supplement the AR now that the AR has been filed with the Court.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge