# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C, 18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C, 18-275C, 18-328C
(consolidated)

(Filed: March 13, 2018)

*******************************************
\*
FMS INVESTMENT CORP., *et al.*,   \*
\*
      Plaintiffs,   \*
\*
v.   \*
\*
THE UNITED STATES,   \*
\*
      Defendant,   \*
\*
and   \*
\*
PERFORMANT RECOVERY, INC., *et al.*,   \*
\*
      Defendant-Intervenors.   \*
\*
\*
*******************************************

## ORDER

On March 12, 2018, Plaintiffs Account Control Technology, Inc., FMS Investment Corp., GC Services Limited Partnership, and Continental Service Group, Inc. (collectively, "Plaintiffs") filed a motion to supplement the Administrative Record in the above-captioned consolidated bid protest. See Dkt. No. 133. Defendant is ordered to respond to Plaintiffs' motion by Friday, March 16, 2018. Further, Plaintiffs shall file their reply on or before Tuesday, March 20, 2018.

IT IS SO ORDERED.

                                              s/ Thomas C. Wheeler
                                              THOMAS C. WHEELER
                                              Judge