# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C,
18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C,
18-275C, 18-328C
(consolidated)

(Filed: March 15, 2018)

```
*********************************************
                                              *
FMS INVESTMENT CORP., et al.,                 *
                                              *
                    Plaintiffs,               *
                                              *
v.                                            *
                                              *
THE UNITED STATES,                            *
                                              *
                    Defendant,                *
                                              *
and                                           *
                                              *
PERFORMANT RECOVERY, INC., et al.,            *
                                              *
                    Defendant-Intervenors.    *
                                              *
                                              *
*********************************************
```

### SCHEDULING ORDER

The Court will hear oral argument on Plaintiffs' motions to supplement the administrative record (Dkt. Nos. 133, 135, 136, 137, 138) on Friday, March 23, 2018 at 10:00 AM EDT in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C. The proceeding will be held under seal. Further, the Court hereby suspends the MJAR briefing schedule in this case until Plaintiffs' motions to supplement are resolved. The Court will issue a new MJAR briefing schedule at a later date.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
