# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C,
18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C,
18-275C, 18-328C, 18-498C
(consolidated)

(Filed: April 5, 2018)

```
************************************* *
                                      *
FMS INVESTMENT CORP., et al.,         *
                                      *
                 Plaintiffs,          *
                                      *
v.                                    *
                                      *
THE UNITED STATES,                    *
                                      *
                 Defendant,           *
                                      *
and                                   *
                                      *
PERFORMANT RECOVERY, INC., et al.,    *
                                      *
                 Defendant-Intervenors.*
                                      *
                                      *
************************************* *
```

FOURTEENTH AMENDMENT TO CONSOLIDATION ORDER

On February 13, 2018, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 18-204C, Account Control Technology, Inc. v. United States, No. 18-206C, Transworld Systems, Inc. v. United States, No. 18-207C, GC Services Limited Partnership v. United States, No. 18-208C, Texas Guaranteed Student Loan Corp. v. United States, No. 18-211C, and The CBE Group, Inc. v. United States, No. 18-214C. On February 14, 2018, the Court entered orders consolidating the related cases, Pioneer Credit Recovery, Inc. v. United States, No. 18-216C, Progressive Financial Services, Inc. v. United States, No. 18-220C, and Coast Professional, Inc. v. United States, No. 18-229C with the FMS Investment Corp. case.

On February 16, 2018, the Court entered orders consolidating the related cases, Central Credit Services, LLC v. United States, No. 18-238C, Delta Management Associates, Inc. v. United States, No. 18-239C, Gatestone & Co. International, Inc. v. United States, No. 18-245C, Continental Service Group, Inc. v. United States, No. 18-246C, and Immediate Credit Recovery, Inc. v. United States, No. 18-248C with the FMS Investment Corp. case.

On February 20, 2018, the Court entered orders consolidating the related cases, Allied Interstate LLC v. United States, No. 18-251C, Automated Collection Services, Inc. v. United States, No. 18-252C, and Collecto, Inc. d/b/a EOS CCA v. United States, No. 18-261C with the FMS Investment Corp. case.

On February 22, 2018, the Court entered an order consolidating the related case, Williams & Fudge, Inc. v. United States, No. 18-275C with the FMS Investment Corp. case.  Further, on March 5, 2018, the Court entered an order consolidating the related case, Value Recovery Holding, LLC v. United States, No. 18-328C with the FMS Investment Corp. case.

On April 4, 2018, Alltran Education, Inc. ("Alltran") filed a Complaint in a related case, Alltran Education, Inc. v. United States, No. 18-498C.  Alltran also filed a motion to consolidate with the FMS Investment Corp. case, which this Court granted because the newly filed Alltran case has factual and legal commonalities to the FMS Investment Corp. case and concerns the same solicitation.

Accordingly, Alltran Education, Inc. v. United States, No. 18-498C is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 18-204C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge