**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | | |
|---|---|---|
| FMS INVESTMENT CORP., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 18-204C (consolidated) |
| THE UNITED STATES, | ) | |
| | ) | Judge Thomas C. Wheeler |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PERFORMANT RECOVERY, INC., and | ) | |
| WINDHAM PROFESSIONALS, INC. | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |

## <u>NOTICE</u>

Defendant, the United States, respectfully submits this notice pursuant to the

Court's March 23, 2018 order.  ECF No. 160.  The United States will file a notice with

the Court on or before May 4, 2018, to notify the Court and the parties of the course of

action that the Department of Education plans to take regarding the procurement at issue

in these consolidated bid protests.

In addition, as stated in our March 28, 2018 notice, we will be producing the

documents identified in that notice directly to the parties and pursuant to the amended

protective order by April 13, 2018.  ECF No. 161.  However, it appears now that some of

the audio files at issue may not be processed and ready for production by that date.  We

will produce those that are ready by April 13, 2018, and the remainder by April 18, 2018.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

OF COUNSEL:

JOSE OTERO
General Attorney
Office of the General Counsel
U.S. Department of Education

SARA FALK
General Attorney
Office of the General Counsel
U.S. Department of Education

April 11, 2018

s/ David R. Pehlke
DAVID R. PEHLKE
Trial Attorney
Department of Justice – Civil Division
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-0252
Fax: (202) 353-0461
david.r.pehlke@usdoj.gov

Attorneys for Defendant