# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*,  )<br>  )<br>       Plaintiffs,   )<br>  )<br>  v.   )<br>  )<br>THE UNITED STATES,  )<br>  )<br>       Defendant,  )<br>  )<br>  and  )<br>  )<br>PERFORMANT RECOVERY, INC., and )<br>WINDHAM PROFESSIONALS, INC.  )<br>  )<br>       Intervenor-Defendants.  ) | No. 18-204C (consolidated)<br><br>Judge Thomas C. Wheeler |

## DEFENDANT'S MOTION TO SUPPLEMENT THE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully moves to supplement the administrative record filed on March 9, 2018, with materials related to the Department of Education's (ED) review of Alltran Education Inc.'s (Alltran) proposal for the solicitation that is the subject of these consolidated bid protests. Those materials were filed under seal, with a contracting officer certification, on April 27, 2018. ECF No. 185.

On April 5, 2018, the bid protest *Alltran Education, Inc. v. United States*, COFC No. 18-498C, was consolidated with this action. ECF No. 173. Supplementation of the administrative record with the materials specific to the review of Alltran's proposal is necessary to ensure that the administrative record before the Court includes all of the materials upon which the source selection authority relied when making the decision not to award a contract to Alltran. *See Axiom Res. Mgmt., Inc. v. United States*, 564 F.3d 1374, 1379 (Fed. Cir. 2009).

For these reasons, we respectfully request that the Court grant this motion and order supplementation of the administrative record with the Alltran-related materials filed on April 27, 2018, at docket number 185.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

OF COUNSEL:

s/ David R. Pehlke
JOSE OTERO                           DAVID R. PEHLKE
General Attorney                     Trial Attorney
Office of the General Counsel        Department of Justice – Civil Division
U.S. Department of Education         P.O. Box 480
                                     Ben Franklin Station
SARA FALK                            Washington, D.C. 20044
General Attorney                     Telephone: (202) 307-0252
Office of the General Counsel        Fax: (202) 353-0461
U.S. Department of Education         david.r.pehlke@usdoj.gov

May 1, 2018                          Attorneys for Defendant