# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C, 18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C, 18-275C, 18-328C, 18-498C
(consolidated)

(Filed: May 2, 2018)

*********************************************
* 
FMS INVESTMENT CORP., *et al.*,    *
*
               Plaintiffs,    *
*
v.    *
*
THE UNITED STATES,    *
*
               Defendant,    *
*
and    *
*
PERFORMANT RECOVERY, INC., *et al.*,    *
*
               Defendant-Intervenors.    *
*
*
*********************************************

## ORDER

On May 1, 2018, the Government filed a motion to supplement the Administrative Record ("AR") in the above-captioned consolidated bid protest with documents and materials related to the Department of Education's evaluation of Plaintiff Alltran Education, Inc.'s proposal for the solicitation at issue in this case. For good cause shown, the motion is GRANTED. The Court deems the Government's supplement to the AR filed on April 27, 2018 (Dkt. No. 185) as properly filed on the docket.

IT IS SO ORDERED.

                                                          s/ Thomas C. Wheeler
                                                          THOMAS C. WHEELER
                                                           Judge