# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C,
18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C,
18-275C, 18-328C, 18-498C
(consolidated)

(Filed: May 7, 2018)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| FMS INVESTMENT CORP., *et al.*, | \* |
| Plaintiffs, | \* |
| v. | \* |
| THE UNITED STATES, | \* |
| Defendant, | \* |
| and | \* |
| PERFORMANT RECOVERY, INC., *et al.*, | \* |
| Defendant-Intervenors. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

On May 7, 2018, the Government filed a motion to dismiss the above-captioned consolidated bid protest in light of its decision to cancel the solicitation at issue in this case and to terminate for convenience its awards to Windham Professionals, Inc. and Performant Recovery, Inc. <u>See</u> Dkt. No. 189. All parties in this litigation are ordered to file a notice with the Court on or before Friday, May 11, 2018, indicating whether or not they plan to oppose the Government's motion.

IT IS SO ORDERED.

<u>s/ Thomas C. Wheeler</u><br>
THOMAS C. WHEELER<br>
Judge