# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| FMS Investment Corp. *et al.*, ) | |
| Plaintiffs, ) | Case Nos. 18-204 *et al*. |
| v. ) | Judge Thomas C. Wheeler |
| THE UNITED STATES, ) | |
| Defendant, ) | |
| and ) | |
| PERFORMANT RECOVERY, INC. *et al.*, ) | |
| Defendant-Intervenors. ) | |

### PLAINTIFF FMS INVESTMENT CORP.'S RESPONSE TO COURT'S MAY 7, 2018 ORDER

On May 7, 2018, the Government filed a motion to dismiss the above-captioned consolidated bid protests in light of its decision to cancel the solicitation at issue in this case and to terminate for convenience its awards to Windham Professionals, Inc. and Performant Recovery, Inc. *See* Dkt. No. 189. Also on May 7, 2018, the Court ordered all parties in this litigation to file a notice with the Court on or before Friday, May 11, 2018, indicating whether they plan to oppose the Government's motion. In response to the Court's order, Plaintiff FMS Investment Corp. states that it plans to oppose the Government's motion.


-2-

        Respectfully submitted,

        /s/ David R. Johnson
        David R. Johnson
        VINSON & ELKINS LLP
        2200 Pennsylvania Avenue, N.W.
        Suite 500 West
        Washington, D.C. 20037
        Telephone: (202) 639-6500
        Facsimile: (202) 639-6604
        Email: drjohnson@velaw.com

        *Lead Attorney for Plaintiff*
        *FMS Investment Corp.*

*Of counsel:*
Tyler E. Robinson
Ryan D. Stalnaker         Dated: May 8, 2018
VINSON & ELKINS LLP
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
Email: trobinson@velaw.com

*Attorneys for Plaintiff*
*FMS Investment Corp.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on May 8, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

/s/ David R. Johnson
David R. Johnson