**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> PERFORMANT RECOVERY, INC., *et al.*, ) <br> ) <br> Defendant-Intervenors. ) <br> _____ ) | Case Nos. 18-204C *et al.* <br><br> Judge Thomas C. Wheeler |

**PLAINTIFF CONTINENTAL SERVICE GROUP, INC.'S**
**RESPONSE TO THE COURT'S MAY 7, 2018 ORDER**

On May 7, 2018, the Government filed a motion to dismiss these consolidated protests under Rule 12(b)(1) of the Rules of the United States Court of Federal Claims. The Government's motion argues that its decision to cancel the solicitation at issue in these consolidated bid protests and to terminate for convenience its awards to Windham Professionals, Inc. and Performant Recovery, Inc. render these protests moot. *See* Dkt. No. 189. Subsequently on May 7, 2018, the Court ordered all parties in this litigation to file a notice with the Court on or before Friday, May 11, 2018, indicating whether they plan to oppose the Government's motion. In response to the Court's order, Plaintiff Continental Service Group, Inc. states that it plans to oppose the Government's motion.

                Respectfully submitted,

                */s/ Edward H. Meyers*
                Edward H. Meyers
                **STEIN MITCHELL CIPOLLONE BEATO & MISSNER LLP**
                1100 Connecticut Avenue, NW Suite 1100
                Washington, D.C. 20036
                Telephone: (202) 737-7777
                Facsimile: (202) 296-8312
                Email: emeyers@steinmitchell.com

                *Counsel for Continental Service Group, Inc.*

Dated: May 8, 2018

## CERTIFICATE OF SERVICE

I certify that on May 8, 2018, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notifications to all counsel of record in this matter who are registered with the Court's CM/ECF system.

*/s/ Edward H. Meyers*
Edward H. Meyers