# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

|  |  |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Nos. 18-204C, *et al.* |
| ) | |
| THE UNITED STATES OF AMERICA, ) | Judge Wheeler |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PERFORMANT RECOVERY, INC., *et al.* ) | |
| ) | |
| Defendant-Intervenors. ) | |

## PLAINTIFF GC SERVICES' RESPONSE TO MAY 7, 2018 ORDER

In accordance with the Court's Order dated May 7, 2018, Plaintiff GC Services Limited Partnership hereby notifies the Court that it plans to oppose the Government's May 7, 2018 Motion to Dismiss.

Dated: May 8, 2018                              Respectfully submitted,

/s/ William M. Jack
William M. Jack
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC  20007-5108
(202) 342-8521
(202) 342-8451 (Fax)
wjack@kelleydrye.com

*Attorney for Plaintiff GC Services Limited Partnership*

Of Counsel:
William C. MacLeod
David E. Frulla
Amba M. Datta
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC  20007-5108
(202) 342-8400
(202) 342-8451 (Fax)