## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | No 1:18-cv-00204-TCW |
| Plaintiffs, ) | (consolidated) |
| ) | |
| v. ) | Judge Thomas C. Wheeler |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PERFORMANT RECOVERY, INC., *et., al.* ) | |
| ) | |
| Defendant-Intervenors. ) | |

### TRANSWORLD SYSTEMS, INC.'S
### NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS

In accordance with the Court's May 7, 2018 order, *see* ECF No. 190, Plaintiff Transworld Systems Inc. ("TSI"), through the undersigned counsel, hereby notifies the Court of its intention to oppose Defendant's Motion to Dismiss the subject Protest pursuant to 12(b)(1) of the Rules of the United States Court of Federal Claims.  *See* ECF No. 189.

Dated:  May 10, 2018                              Respectfully submitted,

                                        s/Paul A. Debolt
Paul A. Debolt
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8384 (Telephone)
(202) 344-8343 (Facsimile)

*Counsel for Transworld Systems, Inc.*

*Of Counsel:*

James Y. Boland
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Tysons Corner, Virginia 22182
(703) 760-1997 (Telephone)
(703) 821-8949 (Facsimile)

Chelsea B. Knudson
Michael T. Francel
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8384 (Telephone)
(202) 344-8343 (Facsimile)