# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| FMS INVESTMENT CORP., et al.  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| ) | No. 1:18-cv-00204-TCW |
| ) | (Consolidated) |
| ) | |
| THE UNITED STATES,  ) | |
| ) | |
| Defendant,  ) | |
| ) | Judge Thomas C. Wheeler |
| and  ) | |
| ) | |
| PERFORMANT RECOVERY, INC., et al.  ) | |
| ) | |
| Intervenor-Defendants.  ) | |

## PLAINTIFF WILLIAMS & FUDGE, INC. RESPONSE TO MAY 7, 2018 ORDER

In accordance with the Court's Order dated May 7, 2018, Plaintiff Williams & Fudge, Inc. hereby notifies the Court that it plans to oppose the Government's May 7, 2018 Motion to Dismiss.

Dated:  May 10, 2018

Respectfully submitted,

WILLIAMS & FUDGE, INC.

/s/ Holly A. Roth
Holly A. Roth (counsel of record)
Thomas Folk
Reed Smith LLP
7900 Tysons One Place
Suite 500
McLean, VA  22102
Tel:  (703) 641-4284
Fax: (703) 641-4340
Email: HRoth@reedsmith.com
*Counsel for Williams & Fudge, Inc.*