# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 18-204C |
| ) | (Consolidated) |
| UNITED STATES OF AMERICA, ) | |
| ) | Judge Thomas C. Wheeler |
| Defendant, ) | |
| ) | |
| and  ) | |
| ) | |
| PERFORMANT RECOVERY, INC., et al., ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

## PLAINTIFF PROGRESSIVE FINANCIAL SERVICES, INC.'S
## NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS

In accordance with the Court's May 7, 2018 order, ECF No. 190, Plaintiff, Progressive Financial Services, Inc., ("Progressive"), through the undersigned counsel, hereby notifies the Court of its intention to oppose Defendant's Motion to Dismiss the subject Protest pursuant to 12(b)(1) of the Rules of the United States Court of Federal Claims. ECF No. 189.

Date: May 10, 2018                                        Respectfully submitted,

*/s/ Thomas A. Coulter*
Thomas A. Coulter
O'Hagan Meyer PLLC
411 E. Franklin Street, Suite 500
Richmond, VA 23219
Tel: (804) 403-7130
Fax: (804) 403-7110
E-mail: tcoulter@ohaganmeyer.com
*Counsel of Record for Progressive Financial Services, Inc.*

*Of counsel:*

Nicole Hardin Brakstad
O'Hagan Meyer PLLC
411 E. Franklin Street, Suite 500
Richmond, VA 23219
Tel: (804) 403-7129
Fax: (804) 403-7110
E-mail: nbrakstad@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, using the CM/ECF system, I caused to be served via electronic means the foregoing Notice on all parties.

*/s/ Thomas A. Coulter*
Thomas A. Coulter
