# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Washington, D.C.

### BID PROTEST

| | |
|---|---|
| FMS Investment Corp., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant<br><br>and<br><br>PERFORMANT RECOVERY, INC., *et al.*,<br><br>    Defendant-Intervenors. | CFC Nos. 18-204C, 18-206C, 18-207C,<br>18-208C, 18-211C, 18-214C, 18-216C,<br>18-220C, 18-229C, 18-238C, 18-239C,<br>18-245C, 18-246C, 18-248C, 18-251C,<br>18-252C, 18-261C, 18-275C, 18-328C,<br>18-498C (consolidated)<br><br>Judge Thomas C. Wheeler |

### PLAINTIFF PIONEER CREDIT RECOVERY, INC.'S NOTICE REGARDING GOVERNMENT'S MOTION TO DISMISS

Pursuant to the Court's May 7, 2018 Order (ECF No. 190) requesting the parties file a notice indicating whether or not they plan to oppose the government's motion to dismiss the above-captioned consolidated bid protests (ECF No. 189), Plaintiff Pioneer Credit Recovery, Inc. ("Pioneer"), by and through counsel, states as follows:

Pioneer does not plan to oppose the government's motion to dismiss the protests as moot. Pioneer will, however, request that Pioneer be permitted to remain a party to the protests (as a plaintiff or intervenor) while any protests regarding the procurement remain pending before the Court so that Pioneer's specific interests are represented.

Respectfully submitted,

Date: May 11, 2018                          By: /s/ Jonathan D. Shaffer
    Jonathan D. Shaffer (jshaffer@smithpachter.com)
    SMITH PACHTER MCWHORTER PLC
    8000 Towers Crescent Drive, Suite 900
    Tysons Corner, Virginia 22182
    Tel: (703) 847-6280; Fax: (703) 847-6312
    *Counsel of Record for Plaintiff*
    *Pioneer Credit Recovery, Inc.*

*Of Counsel*:
Mary Pat Buckenmeyer (mbuckenmeyer@smithpachter.com)
Sean K. Griffin (sgriffin@smithpachter.com)
SMITH PACHTER MCWHORTER PLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May 2018, "PIONEER CREDIT RECOVERY, INC.'S NOTICE REGARDING THE GOVERNMENT'S MOTION TO DISMISS" was electronically filed. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/ Jonathan D. Shaffer</u>
Jonathan D. Shaffer