# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C,
18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C, 18-261C,
18-275C, 18-328C, 18-498C
(consolidated)

(Filed: May 11, 2018)

```
*****************************************  *
                                           *
FMS INVESTMENT CORP., et al.,              *
                                           *
                    Plaintiffs,            *
                                           *
v.                                         *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant,             *
                                           *
and                                        *
                                           *
PERFORMANT RECOVERY, INC., et al.,         *
                                           *
                    Defendant-Intervenors. *
                                           *
                                           *
*****************************************  *
```

<u>ORDER</u>

On May 7, 2018, the Government filed a motion to dismiss the above-captioned consolidated bid protest in light of its decision to cancel the solicitation at issue in this case and to terminate for convenience its awards to Windham Professionals, Inc. and Performant Recovery, Inc. <u>See</u> Dkt. No. 189. Shortly thereafter, the Court ordered all parties in this litigation to file a notice with the Court on or before May 11, 2018, indicating whether or not they plan to oppose the Government's motion. <u>See</u> Dkt. No. 190.

In order to encourage an expeditious resolution of the Government's motion to dismiss, the Court orders all parties to file their responses to the Government's motion on or before Friday, May 18, 2018. Further, the Court orders the Government to file its reply

on or before Wednesday, May 23, 2018.  The Court notes that it still expects those parties who have not yet filed their notices with the Court to do so by the end of the day today.

    IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
