## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

_____

|  |  |
|---|---|
| FMS Investment Corp. *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant, | ) |
|  | ) |
| and | ) |
|  | ) |
| PERFORMANT RECOVERY, INC. *et al.*, | ) |
|  | ) |
| Defendant-Intervenors. | ) |

Case Nos. 18-204 *et al.*

Judge Thomas C. Wheeler

_____

## PLAINTIFF THE CBE GROUP, INC.'S RESPONSE TO COURT'S MAY 7, 2018 ORDER

On May 7, 2018, the Government filed a motion to dismiss the above-captioned consolidated bid protests in light of its decision to cancel the solicitation at issue in this case and to terminate for convenience its awards to Windham Professionals, Inc. and Performant Recovery, Inc.  *See* Dkt. No. 189. Also on May 7, 2018, the Court ordered all parties in this litigation to file a notice with the Court on or before Friday, May 11, 2018, indicating whether they plan to oppose the Government's motion.  In response to the Court's order, Plaintiff The CBE Group, Inc. states that it plans to oppose the Government's motion.

456485.1

Dated: May 11, 2018

Respectfully submitted,

ROGERS JOSEPH O'DONNELL, P.C.


By: /s/ Jeffery M. Chiow

Jeffery M. Chiow (Counsel of Record)
Neil H. O'Donnell
Lucas T. Hanback
Stephen L. Bacon
875 15th Street, NW, Suite 725
Washington, DC 20005
(202) 777-8952 (Telephone)
(202) 347-8429 (Facsimile)
jchiow@rjo.com
*Attorneys for Plaintiff*
*The CBE Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 11, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record in this matter who are registered with the Court's CM/ECF system.

/s/ Jeffery M. Chiow
Jeffery M. Chiow