# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES, ) | No. 18-204C |
| ) | Judge Thomas C. Wheeler |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PERFORMANT RECOVERY, INC., *et al*, ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

## RESPONSE OF DEFENDANT-INTERVENOR WINDHAM PROFESSIONALS, INC. TO MAY 7, 2018 ORDER

In accordance with the Court's Order of May 7, 2018 [Dkt. No. 190], Defendant-Intervenor Windham Professionals, Inc. ("Windham") provides the Court with notice that Windham plans to oppose Defendant's May 7, 2018 Motion to Dismiss [Dkt. No. 189].

Dated: May 11, 2018                    Respectfully submitted,

                                       /s/ David T. Ralston, Jr.

                                       David T. Ralston, Jr.
                                       FOLEY & LARDNER LLP
                                       3000 K Street, N.W., Suite 600
                                       Washington, D.C. 20007-5143
                                       Telephone 202.295.4097
                                       Facsimile 202.672.5399

                                       *Counsel of Record for*
                                       *Windham Professionals, Inc.*

OF COUNSEL:
Frank S. Murray
Micah T. Zomer
Krista A. Nunez
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5143
Telephone 202.672.5300
Facsimile 202.672.5399