**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| **FMS INVESTMENT CORP.,** *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**THE UNITED STATES OF AMERICA,**<br><br>    Defendant,<br><br>and<br><br>**PERFORMANT RECOVERY, INC.,** *et al.,*<br><br>    Defendant-Intervenors. | <br><br><br><br><br><br>Case No. 18-204C (consolidated)<br><br><br><br><br><br>Judge Thomas C. Wheeler |

**PLAINTIFF CENTRAL CREDIT SERVICES, LLC'S NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS**

On May 7, 2018, the Government filed a motion to dismiss the above-captioned consolidated bid protest and terminate the awards to Windham Professionals, Inc. and Performant Recovery, Inc. in light of its decision to cancel the subject solicitation. ECF No. 189. Also on May 7, 2018, the Court ordered all parties in this litigation to file a notice with the Court on or before May 11, 2018, explaining whether they plan to oppose the Government's Motion to Dismiss. ECF No. 190.

Plaintiff Central Credit Services, LLC respectfully submits this response to the Court's Order and states that it intends to oppose the Government's Motion to Dismiss.

Dated: May 11, 2018

Respectfully submitted,

**REED SMITH LLP**

/s/ Lawrence S. Sher
Lawrence S. Sher (counsel of record)
Lawrence P. Block
Elizabeth Leavy
1301 K Street, N.W.
Suite 1000 – East Tower
Washington, DC 20005-3373
Tel: (202) 414-9210
Fax: (202) 414-9299
lblock@reedsmith.com
lsher@reedsmith.com
Eleavy@reedsmith.com

*Counsel for Central Credit Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the foregoing Notice Regarding Defendant's Motion to Dismiss to be filed electronically under seal with the Clerk of the Court using the CM/ECF system, which will automatically provide email notification of the following to all attorneys of record.

/s/ Lawrence S. Sher
Lawrence S. Sher