# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (Bid Protest)

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 18-204C (Consolidated) |
| ) | |
| v. ) | Judge Thomas C. Wheeler |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PERFORMANT RECOVERY, INC., *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |

## PLAINTIFF COAST PROFESSIONAL, INC.'S NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS

In accordance with the Court's May 7, 2018 Order (Dkt. No. 190), Plaintiff Coast Professional, Inc. ("Coast") hereby notifies the Court that it does not intend to oppose Defendant's motion to dismiss (Dkt. No. 189). However, Coast respectfully requests that it be permitted to remain a party to this consolidated case (as a plaintiff or intervenor) while any protests regarding this procurement remain pending so that Coast's specific interests are represented.

Respectfully submitted,

Dated:  May 11, 2018                         s/Megan C. Connor
                                                              Megan C. Connor
                                                              PilieroMazza PLLC
                                                              888 17th Street, NW, 11th Floor
                                                              Washington, DC  20006
                                                              (202) 857-1000 (phone)
                                                              (202) 857-7836 (protected fax)
                                                              mconnor@pilieromazza.com

                                                              *Counsel of Record for Plaintiff,*
                                                              *Coast Professional, Inc.*

Of Counsel:

Julia Di Vito
Matthew E. Feinberg
Kathryn M. Kelley
PilieroMazza PLLC
888 17th Street, NW, 11th Floor
Washington, DC  20006
(202) 857-1000 (phone)
(202) 857-7836 (protected fax)
jdivito@pilieromazza.com
mfeinberg@pilieromazza.com
kkelley@pilieromazza.com

**UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 18-204C (Consolidated) |
| ) | |
| v. ) | Judge Thomas C. Wheeler |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PERFORMANT RECOVERY, INC., *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice Regarding Defendant's Motion to Dismiss was filed via the U.S. Court of Federal Claims ECF system this 11th day of May, 2018.

                                                       s/Megan C. Connor
                                                       Megan C. Connor