## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### (Bid Protest)

| | | |
|---|---|---|
| FMS INVESTMENT CORP., et al. | ) | |
| | ) | No. 1:18-cv-00204-TCW |
| Plaintiffs, | ) | (Consolidated) |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | Judge Thomas C. Wheeler |
| | ) | |
| Defendant | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PERFORMANT RECOVERY, INC., et al. | ) | |
| | ) | |
| Intervenor-Defendants | ) | |
| | ) | |

### PLAINTIFF COLLECTO, INC. d/b/a EOS CCA NOTICE
### REGARDING DEFENDANT'S MOTION TO DISMISS

Pursuant to the Court's May 7, 2018 Order (ECF No. 190), Plaintiff Collecto, Inc. d/b/a EOS CCA ("EOS CCA") does not plan to oppose the Government's motion to dismiss these consolidated bid protests as moot.

Respectfully submitted,

/s/ Joseph J. Petrillo

Joseph J. Petrillo, Esq.
**PETRILLO & POWELL, PLLC**
5335 Wisconsin Ave., Suite 440
Washington, DC 20015
(202) 887-0405
(202) 478-1656 fax
jp@petrillopowell.com

Counsel of Record for Plaintiff Collecto, Inc. d/b/a EOS CCA

Dated: May 11, 2018