# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

|  |  |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action Nos. 18-204C, *et al.* |
| THE UNITED STATES, ) | Judge Thomas C. Wheeler |
| ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| PERFORMANT RECOVERY, INC., *et al.*, ) | |
| ) | |
| Defendant-Intervenors. ) | |

### DEFENDANT-INTERVENOR PERFORMANT RECOVERY, INC'S
### RESPONSE TO MAY 7, 2018 ORDER

In accordance with the Court's May 7, 2018 order, Defendant-Intervenor Performant Recovery, Inc. notifies the Court that it intends to oppose the Defendant's May 7, 2018 motion to dismiss.

Dated: May 11, 2018                                             Respectfully submitted,

*Of Counsel*:                                                          /s/ Michael McGill
                                                                              Michael McGill
Thomas L. McGovern III                                    HOGAN LOVELLS US LLP
Christine Reynolds                                            555 Thirteenth Street NW
Thomas A. Pettit                                                Washington, DC 20004
HOGAN LOVELLS US LLP                                Telephone: (202) 637-8862
                                                                              Facsimile: (202) 637-5910
                                                                              michael.mcgill@hoganlovells.com

                                                                              *Counsel of Record for*
                                                                              *Performant Recovery, Inc.*