# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

| | |
|---|---|
| FMS INVESTMENT CORP. *et al.*,<br>　　　　Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br>　　　　Defendant,<br><br>and<br><br>PERFORMANT RECOVERY, INC. *et al.*,<br>　　　　Defendant-Intervenors. | No. 18-204C *et al.*<br><br>Judge Wheeler |

## ALLTRAN EDUCATION, INC.'S NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS

Pursuant to the Court's May 7, 2018 Order (Dkt. No. 190), Alltran Education, Inc. ("Alltran") hereby indicates that it does not plan to oppose the Government's motion to dismiss as moot the above-captioned consolidated bid protests. However, to ensure that Alltran's unique interests are protected, Alltran respectfully requests that its protest not be dismissed (and thus that Alltran be permitted to remain a party to the consolidated protests) so long as the consolidated protests remain pending. In accordance with the Court's May 11, 2018 Order (Dkt. No. 200), Alltran will file a response to the Government's motion by Friday May 18, 2018.

May 11, 2018

Of Counsel:
James G. Peyster
Robert J. Sneckenberg
Stephanie L. Crawford
JPeyster@crowell.com
RSneckenberg@crowell.com
SCrawford@crowell.com

Respectfully submitted,

s/ Daniel R. Forman
Daniel R. Forman
　(Counsel of Record)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
Tel: (202) 624-2504
Fax: (202) 508-8989
DForman@crowell.com

*Attorneys for Alltran Education, Inc.*