# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, | ) |
| *Plaintiffs,* | ) |
| v. | ) **No. 18-204C (consolidated)** |
| THE UNITED STATES, | ) **Judge Thomas C. Wheeler** |
| *Defendant,* | ) |
| and | ) |
| PERFORMANT RECOVERY, INC., *et al.,* | ) |
| *Defendant-Intervenors.* | ) |

**PLAINTIFF AUTOMATED COLLECTION SERVICES, INC.'S
NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS**

On May 7, 2018, the Government filed a motion to dismiss the above-captioned consolidated bid protest and terminate the awards to Windham Professionals, Inc. and Performant Recovery, Inc. in light of its decision to cancel the subject solicitation. *See* ECF No. 189.

Also on May 7, 2018, the Court ordered all parties in this litigation to file a notice with the Court on or before May 11, 2018, explaining whether they plan to oppose the Government's Motion to Dismiss. *See* ECF No. 190.

Plaintiff Automated Collection Services, Inc. respectfully submits this response to the Court's Order and states that it does not oppose the Government's Motion to Dismiss.

               Respectfully submitted,

               <u>s/ John R. Prairie</u>
               John R. Prairie
               WILEY REIN LLP
               1776 K Street, N.W.
               Washington, DC  20006
               jprairie@wileyrein.com
               Phone: (202) 719-7167
               Facsimile: (202) 719-7049
               *Counsel of Record for Automated Collection Services, Inc.*

*Of counsel:*
Brian G. Walsh
Cara L. Lasley
WILEY REIN LLP

Dated:  May 11, 2018