# In the United States Court of Federal Claims

**BID PROTEST**

| | |
|---|---|
| **FMS INVESTMENT CORP.**, *et al.*,  )<br>  )<br>*Plaintiffs*,  )<br>  )<br>v.  )<br>  )<br>**THE UNITED STATES,**  )<br>  )<br>*Defendant*,  )<br>  )<br>**and**  )<br>  )<br>**PERFORMANT RECOVERY, INC.**, *et al.*,  )<br>  )<br>*Defendant-Intervenors*.  )<br>  ) | Case Nos. 18-204C *et al.*<br><br>Judge Thomas C. Wheeler |

---

### PLAINTIFF IMMEDIATE CREDIT RECOVERY, INC.'S NOTICE REGARDING DEFENDANT'S MOTION TO DISMISS

In accordance with the Court's May 7, 2018 Order (ECF No. 190) in the above-captioned consolidated protests, Plaintiff Immediate Credit Recovery, Inc. ("ICR") hereby notifies the Court that it does not intend to oppose the Government's motion to dismiss (ECF No. 189). However, ICR remains an interested party. ICR therefore respectfully requests that the Court allow it to remain a party to these consolidated protests as a plaintiff or intervenor.

DATED: May 11, 2018                                  Respectfully submitted,

                                                     HOLLAND & KNIGHT LLP

                                                     By: /s/ Robert K. Tompkins
                                                     Robert K. Tompkins
                                                     800 17th Street, N.W.
                                                       Suite 1100
                                                     Washington, D.C. 20006
                                                     Phone: (202) 469-5111
                                                     Fax: (202) 955-5564
                                                     E-mail: robert.tompkins@hklaw.com

                                                     *Attorney for Plaintiff,*
                                                     *Immediate Credit Recovery, Inc.*

*Of Counsel*:

Mary Beth Bosco
Rodney M. Perry
Leila S. George-Wheeler
Gordon N. Griffin
Holland & Knight, LLP
800 17th Street, N.W.
  Suite 1100
Washington, D.C. 20006
Phone: (202) 469-5233
Fax: (202) 955-5564
E-mail: marybeth.bosco@hklaw.com
E-mail: rodney.perry@hklaw.com
E-mail: leila.george-wheeler@hklaw.com
E-mail: gordon.griffin@hklaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 11, 2018, this Notice was served upon the parties via the Court's electronic notification system.

Dated: May 11, 2018                                    /s/Robert K. Tompkins
                                                       Robert K. Tompkins