**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| FMS INVESTMENT CORP., *et al.*, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case Nos. 18-cv-204C *et al.* |
| | ) | |
| v. | ) | Judge Thomas C. Wheeler |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PERFORMANT RECOVERY, INC., *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |

**PLAINTIFF TEXAS GUARANTEED STUDENT LOAN CORP.'S RESPONSE TO THE COURT'S MAY 7, 2018 ORDER**

In accordance with the Court's Order dated May 7, 2018, Plaintiff Texas Guaranteed

Student Loan Corp. ("TG"), by counsel, hereby notifies the Court that it plans to oppose the

Government's May 7, 2018 Motion to Dismiss.

DATED: May 11, 2018                   Respectfully submitted,


   /s/ Thomas P. McLish
Thomas P. McLish
tmclish@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
(202) 887-4000 (Tel)
(202) 887-4288 (Fax)
*Attorney for Texas Guaranteed Student Loan Corp.*

2

Of Counsel:

Scott M. Heimberg
sheimberg@akingump.com
Joseph W. Whitehead
jwhitehead@akingump.com
Elise Farrell
efarrell@akingump.com