# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, | )<br>)<br>) |
| *Plaintiffs,* | )<br>) |
| v. | ) **No. 18-204C (consolidated)**<br>) |
| THE UNITED STATES, | ) **Judge Thomas C. Wheeler**<br>)<br>) |
| *Defendant,* | )<br>) |
| and | )<br>) |
| PERFORMANT RECOVERY, INC., *et al.,* | )<br>) |
| *Defendant-Intervenors.* | ) |

## PLAINTIFF AUTOMATED COLLECTION SERVICES, INC.'S
## NOTICE OF INTENT TO FILE BID PROTEST

On May 7, 2018, the Government filed a motion to dismiss the above-captioned consolidated bid protest and terminate the awards to Windham Professionals, Inc. and Performant Recovery, Inc. in light of its decision to cancel the subject solicitation.  *See* ECF No. 189.  Plaintiff Automated Collection Services, Inc. (ASCI) responded to the Court's May 7, 2018 Order and stated that it did not oppose the Government's Motion to Dismiss.  *See* ECF No. 210.  Consistent with that filing, ACSI does not oppose the dismissal of the current protests as moot.  As a matter of courtesy to the Court, however, ASCI hereby informs the Court that it intends to file a new bid protest next week challenging the cancellation of the subject procurement.

Respectfully submitted,

s/ John R. Prairie
John R. Prairie
WILEY REIN LLP
1776 K Street, N.W.
Washington, DC  20006
jprairie@wileyrein.com
Phone: (202) 719-7167
Facsimile: (202) 719-7049
*Counsel of Record for Automated Collection Services, Inc.*

*Of counsel:*
Brian G. Walsh
Cara L. Lasley
WILEY REIN LLP

Dated:  May 18, 2018