# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 18-204C *et al.* |
| v. ) | |
| ) | Judge Thomas C. Wheeler |
| THE UNITED STATES ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| PERFORMANT RECOVERY, INC., *et al*., ) | |
| ) | |
| Defendant-Intervenors. ) | |
| ) | |

## PLAINTIFF GATESTONE AND CO. INTERNATIONAL, INC.'S RESPONSE TO MOTION TO DISMISS

Plaintiff Gatestone and Co. International, Inc. ("Gatestone") joins in the responses filed by Plaintiffs FMS Investment Corp. (ECF No. 218), Value Recovery Holding, LLC (ECF No. 219), Pioneer Credit Recovery, Inc. (ECF No. 220) and Texas Guaranteed Student Loan Corp. (ECF No. 222). Gatestone further moves the Court for leave to file an amended complaint pursuant to Rule of the Court of Federal Claims 15(d).

[SIGNATURE PAGE TO FOLLOW]

        Respectfully submitted,

        /s/ *Michael A. Richard*
        Michael A. Richard
        Cohen, Seglias, Pallas, Greenhall
          & Furman
        30 South 17th Street, 19th Floor
        Philadelphia, PA 19103
        (215) 564-1700

        *Counsel for Gatestone and Co. International, Inc.*

Dated May 18, 2018

**CERTIFICATE OF SERVICE**

    I certify that on May 18, 2018, a true and correct copy of the foregoing Response to Motion to Dismiss was filed electronically with the Clerk of Court using the CM/ECF filing system, which will send notifications to all counsel of record in this matter who are registered with the Court's CM/ECF system.

                                          /s/ Michael A. Richard
                                          Michael A. Richard