# In the United States Court of Federal Claims

Nos. 18-204C, 18-206C, 18-207C, 18-208C, 18-211C, 18-214C, 18-216C, 18-220C,
18-229C, 18-238C, 18-239C, 18-245C, 18-246C, 18-248C, 18-251C, 18-252C,
18-261C, 18-275C, 18-328C, 18-498C
(consolidated)

FMS INVESTMENT CORP,
ET AL.
        **Plaintiffs**

    v.

**THE UNITED STATES**                           **JUDGMENT**
        **Defendant**

    and

**PERFORMANT RECOVERY,
INC., ET AL.**

        Pursuant to the court's Order, filed May 25, 2018, granting defendant's motion to dismiss,

        IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs' complaints are dismissed, without prejudice. No costs.

                                                        Lisa L. Reyes
                                                        Clerk of Court

**May 25, 2018**                             By:     s/ Debra L. Samler

                                                        Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.